IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BERKLEY INSURANCE CO.,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:23-cv-00847-O |
| | § | |
| **STEPHANIE RINCON JIMENEZ** and | § | |
| **ENOS FERDINAND,** | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Plaintiff's Motion for Default Judgment (ECF No. 13), **IMPOSES** a constructive trust on 321 Fort Edwards Dr., Arlington, Texas 76002 and DFW Elite Motors LLC's assets, and **AWARDS** $169,078.36 in actual damages, $169,078.36 in exemplary damages, costs as calculated by the clerk, pre-judgment and post-judgment interest under applicable law, and reasonable attorney's fees in an amount to be entered in a subsequent order following additional briefing.

**SO ORDERED** on this **12th day** of **August, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**