IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BERKLEY INSURANCE CO.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | **Civil Action No. 4:23-cv-00847-O** |
| | § | |
| **STEPHANIE RINCON JIMENEZ and** | § | |
| **ENOS FERDINAND,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. **DEFAULT JUDGMENT** is hereby entered pursuant to Federal Rule of Civil Procedure 55 in favor of **Plaintiff Berkley Insurance Co.** and against defendants **Stephanie Rincon Jimenez and Enos Ferdinand**, in the amount of $169,078.36 in actual damages, and $169,078.36 in exemplary damages, in accordance with the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. **A CONSTRUCTIVE TRUST** is **IMPOSED** on **321 Fort Edwards Dr., Arlington, Texas 76002** and **DFW Elite Motors LLC's assets**.

2. Post-judgment interest shall accrue on the amount of **$338,156.72** at the applicable federal rate of **4.65%** compounded annually.

3. All costs of collection shall be borne by Defendants.

4. The taxable costs of court, as calculated by the clerk of court, shall be borne by Defendants.

5.	The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **12th day** of **August, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**